1  NELSON MULLINS RILEY & SCARBOROUGH LLP
   JESSICA M. HIGASHIYAMA (SBN 272269)
2  jessica.higashiyama@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
3  Torrance, CA  90502
   Telephone:   424.221.7400
4  Facsimile:   424.221.7499

5  KEVIN P. POLANSKY (Admitted *Pro Hac Vice*)
   kevin.polansky@nelsonmullins.com
6  MATTHEW G. LINDENBAUM (Admitted *Pro Hac Vice*)
   matthew.lindenbaum@nelsonmullins.com
7  CHRISTINE M. KINGSTON (Admitted *Pro Hac Vice*)
   christine.kingston@nelsonmullins.com
8  One Post Office Square, 30th Floor
   Boston, MA 02109
9  Telephone: 617.217.4700
   Facsimile:  617.217.4710

10

11 Attorneys for Defendants
   LENDINGTREE, LLC and
12 TITAN MUTUAL LENDING, INC.

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  REUBEN NATHAN, individually and on behalf of all others similarly situated, | Case No.: 8:20-cv-00093-JVS-KES |
| 17                    Plaintiff, | **DECLARATION OF KEVIN P. POLANSKY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL SUBPOENA RESPONSE OF NON-PARTY REFORM SOLUTIONS, INC. AND FOR SANCTIONS** |
| 18         v. | |
| 19  LENDINGTREE, LLC a Delaware limited liability company; TITAN MUTUAL LENDING INC. | |
| 20 | |
| 21                    Defendants. | [Filed concurrently with Notice of Motion and Motion to Compel; Memorandum of Points and Authorities; and [Proposed] Order] |
| 22 | |
| 23 | Date:   June 30, 2020 |
| 24 | Time:   10:00 a.m.
Judge: Hon. Magistrate Karen E. Scott
Ctrm:  6D |
| 25 | |

26

27

28
                                        8:20-CV-00093-JVS-KES
   DECLARATION OF KEVIN P. POLANSKY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
        SUBPOENA RESPONSE OF NON-PARTY REFORM SOLUTIONS, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

**DECLARATION OF KEVIN P. POLANSKY**

I, Kevin P. Polansky, declare as follows:

1.     I am an attorney at law, duly licensed to practice in the States of Connecticut, Massachusetts, New Hampshire, and Maine, and admitted to practice before this Court in this matter *Pro Hac Vice*, and I am a partner with Nelson Mullins Riley & Scarborough LLP, attorneys of record for Defendants LendingTree, LLC and Titan Mutual Lending, Inc. ("Defendants").  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently thereto.  I submit this Declaration in support of Defendants' Motion to Compel the Subpoena Response of Non-Party Reform Solutions, Inc. ("Reform"), c/o Brian Pugh ("Pugh"), and for Sanctions.

2.     On May 18, 2020, Defendants, through counsel, caused to be served a Fed. R. Civ. P. 45 Subpoena to Produce Documents, Information, or Objects ("Subpoena") on Reform, c/o Pugh, its registered agent.  Attached hereto as **Exhibit A** is a true and accurate copy of the Subpoena with attached Schedule A.  The deadline for compliance under the Subpoena was May 28, 2020 at 5 p.m. by electronic mail to Defendants' counsel.

3.     The Subpoena was personally served on Pugh in Irvine, California.  Pugh is Reform's registered agent for service of process.  Attached hereto as **Exhibit B** is a true and accurate copy of the Proof of Service of the Subpoena.  Attached hereto as **Exhibit C** is a true and accurate copy of Reform's registration information on California's Secretary of State's website, listing Pugh as the agent for service.

4.     No response was received from Reform, through Pugh or otherwise, by the May 28, 2020 deadline, or to date.

5.     I e-mailed Pugh on May 29, 2020, asking whether Reform planned to serve its response to the Subpoena, in an attempt to confer in good faith before filing a motion to compel a response.  Pugh responded on May 31, 2020 that he was discussing the Subpoena with his attorney.  In response, I asked for his attorney's

2

1  name and contact information, but never heard back.  I e-mailed Pugh again on June

2  7, 2020, again asking for his counsel's name and information in order to comply

3  with LR 37 for discovery disputes, but again did not hear back.  Attached hereto as

4  **Exhibit D** is a true and accurate copy of the e-mail exchange.

5

6      I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

8

9      Executed this 9th day of June 2020, at Boston, Massachusetts.

10

11      _____

12      Kevin P. Polansky

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

3