1  NELSON MULLINS RILEY & SCARBOROUGH LLP
   LAUREN A. DEEB (SBN 234143)
2  lauren.deeb@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
3  Torrance, CA  90502
   Telephone:  424.221.7400
4  Facsimile:   424.221.7499

5  Attorneys for Defendant
6  LENDINGTREE, LLC and
   TITAN MUTUAL LENDING, INC.
7

8  RIGHETTI GLUGOSKI, P.C.
   MATTHEW RIGHETTI (SBN 121012)
9  JOHN GLUGOSKI (SBN 191551)
10 456 Montgomery Street, Suite 1400
   San Francisco, CA  94104
11 Telephone:  415.983.0900
12 Facsimile:   415.397.9005

13 Attorneys for Plaintiff REUBEN NATHAN
14 and the alleged Class

15                 UNITED STATES DISTRICT COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| REUBEN NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE, LLC a Delaware limited liability company; TITAN MUTUAL LENDING INC.<br><br>Defendants. | Case No.: 8:20-cv-00093-JVS-KES<br><br>Assigned to Hon. James V. Selna<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE ENTIRE ACTION** |

18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Reuben Nathan ("Plaintiff") and Defendants LendingTree, LLC and

2   Titan Mutual Lending, Inc.  hereby jointly stipulate to the dismissal of the entire

3   action without prejudice.  Each party hereby waives their right to appeal from, or

4   seek reconsideration of, this dismissal without prejudice.  Each party shall bear their

5   own costs and attorneys' fees.

6

7   Dated:  July 9, 2020                    NELSON MULLINS RILEY &
                                            SCARBOROUGH LLP
8

9                                           /s/ *Lauren A. Deeb*
                                            Lauren A. Deeb
10                                          Kevin P. Polansky
                                            Matthew Lindenbaum
11                                          Christine M. Kingston

12                                          Attorneys for Defendants
                                            LENDINGTREE, LLC and TITAN MUTUAL
13                                          LENDING, INC

14  Dated:  July 9, 2020
                                            RIGHETTI GLUGOSKI, P.C.
15

16                                          /s/ *Matthew Righetti*
                                            Matthew Righetti
17                                          John Glugoski

18
                                            Attorneys for Plaintiff
19                                          REUBEN NATHAN and the alleged Class

20

21

22

23

24

25

26

27

28

1

## **FILER'S ATTESTATION**

2       The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3),

3  concurrence in the filing of the document has been obtained from the other

4  signatory to this document.

5

6                     By:    */s/ Lauren A. Deeb*
                              Lauren A. Deeb

7                                Attorneys for Defendants

8                                LENDINGTREE, LLC and TITAN
                              MUTUAL LENDING, INC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on July 9, 2020, I electronically filed the foregoing with

3

the Clerk of Court using the CM/ECF system and I served a copy of the foregoing

4

pleading on all counsel for all parties, via the CM/ECF system and/or mailing same

5

by United States Mail, properly addressed, and first class postage prepaid, to all

6

counsel of record in this matter.

7

8

By:    */s/ Lauren A. Deeb*
        Lauren A. Deeb

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3